

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANT FOR KEVIN ALBERT ROJAS | 1:25-mj-03073-JMC<br>Case No. _____<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Tiana Nowlin, a Special Agent ("SA") with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), being duly sworn, depose and state as follows:

1. I have been an SA since November 2019. As part of the daily duties as an HSI SA, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, U.S.C. §§ 2251 and 2252A. I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. Specifically, I have received formal training through HSI and other agencies in the area of child pornography, pedophile behavior, collectors of other obscene material, and internet crime. I have participated in the execution of numerous search warrants, of which the majority has involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. I have also participated in the execution of search warrants

1

for online accounts, such as email accounts, online storage accounts and other online communication accounts related to child exploitation and/or child pornography. In the course of my employment with HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2. I have received formal training from HSI and other agencies in the area of child pornography, pedophile behavior, and collectors of other obscene material and Internet crime. This includes, but is not limited to, use of Internet facilities to Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a); Distribution and Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2) Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1); Coercion and Enticement, in violation of 18 U.S.C. § 2422; Transportation of Minors, in violation of 18 U.S.C. § 2423; and Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to effect arrests and execute warrants issued under the authority of the United States. I have set forth only the facts that I believe are necessary to establish probable cause for the warrant sought herein. The information contained in this affidavit is based upon my personal knowledge, my review of documents, my review of evidence, my observations during the execution of the related search warrant, and my conversations with other law enforcement officers and other individuals.

## PURPOSE OF THIS AFFIDAVIT

4. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **KEVIN ALBERT ROJAS** ("**ROJAS**") with 18 U.S.C. §§ 2422(b) (Coercion

and Enticement of a Minor) and 2252A(a)(5)(B) (Possession of Child Pornography) (together the "**TARGET OFFENSES**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **ROJAS** has committed the **TARGET OFFENSES**.

## PROBABLE CAUSE

5. On September 14, 2025, Kevin Albert ROJAS ("**ROJAS**") arrived at the Washington Dulles International Airport (IAD) aboard Taca Airlines flight number TA582 from the El Salvador International Airport in San Salvador, El Salvador. Following the flight's arrival at approximately 4:46 P.M., **ROJAS** was referred to secondary inspection by U.S. Customs and Border Protection ("CBP"). During secondary inspection, **ROJAS** was in possession of the following **TARGET DEVICES**:

   a. One Apple iPhone 15 Plus with Serial Number J16N96NCV2, and

   b. One Apple iPad 9th Gen with Serial Number FLMJ6GJCGG.

6. During the CBP Officer's inspection of the **TARGET DEVICES**, **ROJAS** stated to the CBP Officer, he had "explicit material of minors" on his Apple iPhone 15 Plus cellphone in the camera roll and hidden folder. Several images of child sexual abuse material ("CSAM"), to include images of children engaged in sexually explicit conduct, were observed on **ROJAS'** Apple iPhone 15 Plus cell phone. During the inspection, **ROJAS** wrote notes on a piece of paper to the CBP Officer, including "explicit pictures, files, Reddit pages, [Minor Victim 2's name], [redacted minor's name], Instagram, [redacted minor's name], Snapchat." After writing the note, **ROJAS** stated to the CBP Officer he wanted to be honest about the content on his phone. At approximately 6:50 p.m. CBP contacted HSI's Washington D.C. office for assistance.

7. An HSI SA manually reviewed **ROJAS'** Apple iPhone 15 Plus cell phone and observed several depictions of CSAM. HSI D.C. discovered messages with several minor females

in both the iMessage and the WhatsApp applications that were descriptive sexual conversations and included multiple minor victim (MV) contact names.

8. **ROJAS'** messages with MV1 revealed that MV1 said that she was 15 years old. In addition, the messages revealed **ROJAS** went to MV1's home and engaged in oral sex with MV1. **ROJAS** stated to MV1 that he planned to have vaginal intercourse and get MV1 pregnant.

9. On September 14, 2025, at approximately 8:55 p.m., **ROJAS** was interviewed by investigators. **ROJAS** was read his Miranda rights, signed a Miranda waiver and agreed to speak with the investigators. **ROJAS** stated that he traveled to El Salvador and then to Peru with his mother to visit family. **ROJAS** stated he resides in Frederick, Maryland, with his parents. **ROJAS** told investigators that he joined a Telegram group where members share child pornography images of young girls. Through this group, **ROJAS** was made aware of other platforms where he could meet girls online to have sexual intercourse. **ROJAS** stated that he uses Telegram, Instagram, Snapchat, Wizz, Perp, and Discord, as well as others phone applications to meet girls to have sex with. **ROJAS** also admitted to receiving and viewing content depicting minors as young as six years old engaged in sexually explicit conduct from Telegram.

10. **ROJAS** stated he is interested in girls between the ages of 14 and 17 years old, and that he is interested in having sex with girls as young as 14 years old. **ROJAS** stated he has multiple Wizz accounts in which he lists his age as 17 years old to meet young girls between the ages of 14 and 17 years old. **ROJAS** stated that he has met multiple minors in person and has had sexual contact with the minors. Additionally, **ROJAS** stated that he created multiple Instagram accounts because his adult male friends questioned him about the many underage girls that were "following" him.

11. When asked about minors he has communicated with and met with in person,

ROJAS stated that he had traveled from his home in Frederick, Maryland, to meet with MV1 in Baltimore, Maryland. ROJAS stated that he engaged in oral sex with MV1 inside his vehicle, and that he stopped communicating with MV1 after he got what he wanted from her.

12. ROJAS also stated that he engaged in explicit sexual communications with MV2, who is 17 years old and lives in Pennsylvania. ROJAS said that he sent MV2 a nude photo of his genitals.

13. On October 7, 2025, a federal search warrant was obtained and executed for the TARGET DEVICES. The following files depicting MV2 were located on the TARGET DEVICES:

   a. An image file titled, "…2aecc," depicting MV2 fully nude with her genitals exposed. MV2's face is visible in the image.

   b. An image file titled, "…1f268," depicting MV2 wearing a t-shirt and her exposed genitals. MV2's face is seen in the image.

   c. A video file titled, "…0230" depicting MV2 penetrating her genitals with a blue object.

   d. A video file titled, "…0b3a4," depicting MV2 penetrating her vagina with a black object.

14. On October 21, 2025, MV1 was forensically interviewed by an HSI Forensic Interview Specialist (FIS) at the Child Advocacy Center in Millersville, MD. During the interview, MV1 disclosed that she met ROJAS on the Wizz app when she was 14 years old and in the ninth grade. ROJAS messaged her and asked for her phone number. MV1 began communicating with ROJAS on iMessage and WhatsApp. MV1 told ROJAS that she was 15 years old. ROJAS told MV1 he was 17 years old.

15. MV1 further stated, in February 2025, when she was still 14 years old, **ROJAS** picked her up in his vehicle from her home in Brooklyn, Maryland, and had Chick-Fil-A waiting for her in the vehicle. **ROJAS** got into the backseat of the vehicle with MV1 and exposed his penis and pulled MV1's hand to touch his penis. MV1 and **ROJAS** engaged in oral sex in **ROJAS'** vehicle. Afterwards, **ROJAS** took MV1 home.

16. The messages below between **ROJAS** and MV1 were shown to MV1 during the forensic interview. MV1 confirmed the cellphone number belonged to her, it was her in the messages, and no other person had access to her cellphone.

| | | |
|---|---|---|
| [redacted number] (ROJAS) | So u wanna fuck or? | 2/17/2025 6:27:37 AM |
| [redacted number] (MV1) | I'm down are u? | 2/17/2025 6:27:37 AM |
| [redacted number] (ROJAS) | I'm so down fr | 2/17/2025 6:27:37 AM |
| [redacted number] (ROJAS) | I wanna cum in your mouth | 2/17/2025 6:31:19 AM |
| [redacted number] (MV1) | I would js swallow it all up and keep sucking | 2/17/2025 6:32:21 AM |
| [redacted number] (MV1) | Ok wya again | 2/17/2025 7:36:56 PM |
| [redacted number] (ROJAS) | Outside | 2/17/2025 7:37:01 PM |
| [redacted number] (ROJAS) | In a black car | 2/17/2025 7:37:04 PM |
| [redacted number] (MV1) | And I saw u take a pic in the car | 2/18/2025 1:50:49 AM |

| [redacted number] (ROJAS) | I went to piss nd so many of ur hairs was in my boxers | 2/18/2025 2:18:54 AM |
|---|---|---|
| [redacted number] (MV1) | Yk. I'm 15 right and ur what 18? | 6/19/2025 12:36:04 AM |
| [redacted number] (ROJAS) | 17 Still | 6/19/2025 12:36:12 AM |

17. The forensic examination of **ROJAS' TARGET DEVICES** corroborated several statements MV1 made during the forensic interview. MV1's description of **ROJAS'** vehicle was confirmed by images **ROJAS** had of his vehicle in the **TARGET DEVICES**. The photo of a foggy window **ROJAS** sent MV1, and a digital Chik-Fil-A receipt were also identified during the forensic examination of the **TARGET DEVICES**. iMessage communications of **ROJAS** stating to MV1 that he was 17 years old and iMessage communications detailing oral sex between **ROJAS** and MV1 were identified during the forensic examination of **ROJAS'** devices.

18. On October 30, 2025, a federal search and seizure warrant was executed at **ROJAS'** residence in Frederick, Maryland. **ROJAS** was interviewed by HSI Special Agents (SA) Tiana Nowlin and Chris Reid. **ROJAS** was read his Miranda rights, signed a Miranda waiver and agreed to speak with investigators. During the interview, **ROJAS** stated he was a part of two group chats within the Telegram application. The first Telegram group, **ROJAS** paid a fee through CashApp to be a member, and users would share explicit images of girls as young as 16 years old. Users in the group would also include the Instagram profiles of girls for users to contact on the Instagram social media platform. In the second Telegram group, users would share explicit images of girls of all ages. **ROJAS** stated he knew it was wrong and what he was doing in the Telegram chats was illegal.

19. **ROJAS** stated that he met in person with MV1 one time and had oral sex with

MV1.

20. Lastly, the forensic examination of the **TARGET DEVICES** revealed several messages indicating **ROJAS** solicited and received images depicting minors engaged in sexually explicit conduct and met in person for sex with several females who indicated to him that they were minors. Investigators also identified messages in which **ROJAS** stated that he would purchase clothing for minors in exchange for sex.

21. Based on the above information, I respectfully submit that there is probable cause to believe that **ROJAS** has committed the **TARGET OFFENSES**. Accordingly, I request that a criminal complaint and an arrest warrant be issued.

Respectfully Submitted,

*Tiana Nowlin*

Tiana Nowlin
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and Fed. R. Crim. P. 4(d) on this __21__ day of November, 2025.



THE HONORABLE J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE